**Opinion issued December 5, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————————

**NO. 01-24-00077-CV**

————————————————

**POOLS OF HOUSTON, INC., Appellant**

**V.**

**ANDREW C. GRANDE AND NINA L.GRANDE, Appellees**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-CV-1384**

---

**MEMORANDUM OPINION**

We previously abated this appeal for mediation. Appellant has now filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.